IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES IVORY EDGERSON, Reg. No. 29340-009, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:20-CV-912-WKW [WO] |
| DEMETRIUS SANDERS, BARRY BRIGGS, DENISE ROGERS, RICHARD DUNBAR, WALTER WOODS, ALAN COHEN, JEFFREY KELLER, HUGH HURWITZ, ANDRE MATEVOUSIAN, DAVID JEROME BREWER, and MICHAEL CARVAJAL, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

On May 17, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 34.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 8th day of June, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE